# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## OFFICE OF THE CLERK
## 401 COURTHOUSE SQUARE
## ALEXANDRIA, VIRGINIA 22314-2689
## (703) 299-2100

September 21, 2012

TO:   United States District Court
      Eastern District of Michigan
      Clerk of Court
      231 West Lafayette Blvd
      Detroit MI, 48226

F I L E D
SEP 24 2012
CLERK'S OFFICE
DETROIT

UNITED STATES vs. **Tomo Duhanaj aka "Tom Duhani"**
ARRESTING DISTRICT CASE NUMBER: **2:12CR20606**
CHARGING DISTRICT CASE NUMBER: **1:12mj618**

To Whom It May Concern,

The defendant was arrested in the Eastern District of Virginia on your warrant of arrest and brought before our Court for a removal hearing. The defendant executed a Waiver of Rule 5 hearing. The defendant was remanded.

The documents from our case file can be accessed on our website, https://ecf.vaed.uscourts.gov. A certified copy of the docket entries is also enclosed. A copy of this letter is enclosed for your convenience in acknowledging receipt.

Sincerely,

*Tina L. Fitzgerald*

Tina L. Fitzgerald
Deputy Clerk

RECEIVED BY: _____

DATE: _____

CLOSED

## U.S. District Court
## Eastern District of Virginia - (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:12-mj-00618-TCB All Defendants

| | |
|---|---|
| Case title: USA v. Duhanaj | Date Filed: 09/21/2012 |
| | Date Terminated: 09/21/2012 |

Assigned to: Magistrate Judge Theresa Carroll Buchanan

### Defendant (1)

**Tomo Duhanaj**
*TERMINATED: 09/21/2012*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2012 | | Arrest of Tomo Duhanaj in Eastern District of Virginia (Alexandria Division). (tfitz, ) (Entered: 09/21/2012) |
| 09/20/2012 | 1 | Arrest Warrant Returned Executed on 9/20/12 in case as to Tomo Duhanaj. (tfitz, ) (Additional attachment(s) added on 9/21/2012: # 1 Documents from |

| | | |
|---|---|---|
| | | EDMI) (tfitz, ). (Entered: 09/21/2012) |
| 09/21/2012 | 2 | Minute Entry for proceedings held before Magistrate Judge Theresa Carroll Buchanan:Initial Appearance in Rule 5(c)(3) Proceedings as to Tomo Duhanaj held on 9/21/2012. USA appeared through S. Fitzgerald. Deft. appeared w/o counsel. Deft. informed of rights, charges and penalties. Deft. waives the identity hearing and stipulates to the removal to the Eastern District Court of Michigan.Deft remanded to the custody of the USMS to be removed to the Eastern District of Michigan (Southern Division). (Tape #FTR.)(tfitz, ) (Entered: 09/21/2012) |
| 09/21/2012 | 3 | WAIVER of Identity Hearing by Tomo Duhanaj. (tfitz, ) (Entered: 09/21/2012) |
| 09/21/2012 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Tomo Duhanaj. Defendant committed to Eastern District of Michigan (Southern Division).. Signed by Magistrate Judge Theresa Carroll Buchanan on 9/21/12. (tfitz, ) (Entered: 09/21/2012) |
| 09/21/2012 | 5 | Letter to Clerk of Court for the Eastern District of Michigan (Southern Division). (tfitz, ) (Entered: 09/21/2012) |

A True Copy, Teste:
Clerk, U.S. District Court

By _Tina L. Fitzgerald_
Deputy Clerk