UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 12-20606

vs.        HONORABLE NANCY G. EDMUNDS

D-1 TOMO DUHANAJ,

        Defendant.
_____/

FILED
OCT 19 2012
U.S. DISTRICT COURT
EASTERN MICHIGAN

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Jose Lopez, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: 20 years' imprisonment and a $250,000 fine

_____
TOMO DUHANAJ
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
SANFORD A. SCHULMAN
Counsel for Defendant

10/19/12