UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                      Case No. 2:12−cr−20606−NGE−MAR
                                            Hon. Nancy G. Edmunds

Tomo Duhanaj,

                Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Tomo Duhanaj

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- JURY TRIAL: December 6, 2012 at 09:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/C. Hemeyer
                                                             Case Manager

Dated: October 23, 2012