UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                          Plaintiff,

v.                                                    Case No. 2:12–cr–20606–NGE–MAR
                                                      Hon. Nancy G. Edmunds
Tomo Duhanaj, et al.,

                          Defendant(s),

_____


**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  Tomo Duhanaj, Leke Duhanaj

   The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 858, Detroit, Michigan, for the following proceeding(s):

   • PRETRIAL CONFERENCE:  July 31, 2013 at 02:00 PM

   • The PLEA CUTOFF DEADLINE is August 6, 2013.


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                   By: s/J. Curry–Williams_____
                                        Acting in the absence of Carol Hemeyer


Dated:  May 17, 2013